JIMMY'S AUTO WRECKING, INC. *v.* ZONING BOARD
OF APPEALS OF THE TOWN OF GUILFORD ET AL.
(3666)

DUPONT, C. J., SPALLONE and BIELUCH, Js.

Argued December 3—decision released December 24, 1985

*James L. Radda,* with whom, on the brief, was
*Richard Damiani,* for the appellant (plaintiff).

*Andrew J. O'Neill,* with whom, on the brief, was
*Richard J. Beatty,* for the appellees (defendants).

PER CURIAM. This appeal is governed by our hold-
ing in *Shaw* v. *Planning Commission,* 5 Conn. App. 520,
500 A.2d 338 (1985), where we reversed for the fail-
ure of the trial court to afford the plaintiff a hearing
as mandated by statute.

There is error, the judgment is vacated and the case
is remanded with instruction to the court to conduct
a hearing as required by law.